OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015.

6/3/2015

RAINES, GLENN HUBERT III    Tr. Ct. No. 27620A-86              WR-83,258-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

GLENN HUBERT RAINES III
BOWIE - TDC # 1630334
105 WEST FRONT ST.
TEXARKANA, TX 75501                        REF

RETURN TO SENDER

NOT AT THIS ADDRESS

MEBN3B 75501